1  YOUNG CHO
   ATTORNEY AT LAW: 189870
2  LAW OFFICES OF LAWRENCE D. ROHLFING
   12631 EAST IMPERIAL HIGHWAY, SUITE C-115
3  SANTA FE SPRINGS, CALIFORNIA 90670-4756
   562/868-5886
4  FAX: 562/868-5491

5  ATTORNEY FOR PLAINTIFF
   BRENDA L. VENTER

6

7                    UNITED STATES DISTRICT COURT
8                    CENTRAL DISTRICT OF CALIFORNIA
9

10  BRENDA L. VENTER,            )   Case No.: CV 07-4720 E
11                               )
            Plaintiff,           )   [PROPOSED] ORDER RE
12      vs.                      )   STIPULATION TO DISMISS
                                 )
13  MICHAEL J. ASTRUE,           )
    Commissioner of Social Security, )
14                               )
            Defendant.           )
15                               )
    _____)
16

17      Based upon the parties' Stipulation to Dismiss, *is dismissed*

18      IT IS HEREBY ORDERED that the ~~court dismiss the~~ above matter without

19  prejudice.

20      DATE: 1/9/08

21

22              [signature]
                THE HONORABLE CHARLES F. EICK
23              UNITED STATES MAGISTRATE JUDGE

24

25

26

                              -1-